UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JAMES BRADY, as Chairman and WILLIAM GRIMM, as Secretary of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; JAMES BRADY, as Chairman and KEITH KRAMER, as Secretary of the Minnesota Laborers Vacation Fund; FRED CHASE, as Chairman and JEFF SEIPEL, as Secretary of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and SCOTT WEICHT, as Chairman and JAMES HEGGE, as Secretary of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,<br><br>              Plaintiffs,<br><br>vs.<br><br>FRIEDGES LANDSCAPING, INC. and FRIEDGES EXCAVATING, INC., formerly d/b/a FRIEDGES CONTRACTING COMPANY,<br><br>              Defendants. | Civil No. 04-3036 (RHK/JSM)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER FOR DISMISSAL**<br>**WITH PREJUDICE** |

---

Pursuant to the Stipulation of the parties, **IT IS ORDERED** this matter is hereby **DISMISSED WITH PREJUDICE**.

Dated: May 12, 2005

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge